```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Gabriella Bass,

                                Plaintiff,

      -against-

457 Hotel Group LLC,

                               Defendant.

----------------------------------------------------------------X

7:23-CV-5941-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to submit a joint letter by no later than **June 28, 2024**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                 May 23, 2024

                                          _____
                                          VICTORIA REZNIK
                                          United States Magistrate Judge