UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Gabriella Bass,

                                 Plaintiff,

               -against-

457 Hotel Group LLC,

                               Defendant.

-----------------------------------------------------------------X

7:23-CV-5941-NSR-VR

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

       On May 23, 2024, the Court directed the parties to submit a joint letter, by no later than June 28, 2024, providing the Court with an update on the status of the case. (ECF No. 25). The Court has not yet received the parties' status letter. The parties are reminded to submit their status letter, which is now due by **August 16, 2024**. The letter should detail the parties' progress of discovery until now and the anticipated next steps.

       **SO ORDERED.**

DATED:    White Plains, New York
               August 8, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge