```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIELLA BASS,

                Plaintiff,

  -against-

457 HOTEL GROUP LLC,

                Defendant.

23-CV-5941 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court having been advised that all claims asserted herein have been settled, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within forty-five (45) days of the date hereof.

    The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 45 days with a request that the agreement be "so ordered" by the Court. The Status Teleconference scheduled for November 19, 2024 is adjourned *sine die*. The Clerk of Court is kindly requested to terminate the motion at ECF No. 27.

Dated:  August 20, 2024
          White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge